Mark D. Rosenbaum (SBN 59940)
(mrosenbaum@publiccounsel.org)
Kathryn A. Eidmann (SBN 268053)
(keidmann@publiccounsel.org)
Laura Faer (SBN 233846)
(lfaer@publiccounsel.org)
Anne Hudson-Price (SBN 295930)
(aprice@publiccounsel.org)
Alisa Hartz (SBN 285141)
(ahartz@publiccounsel.org)
PUBLIC COUNSEL LAW CENTER
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile:  (213) 385-9089

Morgan Chu (SBN 70446)
(mchu@irell.com)
Michael H. Strub, Jr. (SBN 153828)
(mstrub@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile:  (310) 282-5600

*Attorneys for Plaintiffs and
the [Proposed] Plaintiff Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER P., et. al, <br><br> Plaintiffs, <br><br> v. <br><br> COMPTON UNIFIED SCHOOL DISTRICT; et. al, <br><br> Defendants. | **Case No. LA CV-15-3726 MWF (PLAx)** <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br> Date:  August 17, 2015 <br> Time:  10:00 A.M. <br> Ctrm:  1600 <br> Judge: Hon. Michael W. Fitzgerald |

**NOTICE IS HEREBY GIVEN** that on August 17, 2015 at 10:00 A.M., in Courtroom 1600, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs Peter P., Phillip W., Virgil W., and Donte J., by their guardians ad litem, and Kimberly Cervantes (collectively, "Student Plaintiffs"), on behalf of themselves and others similarly situated, will and hereby do move the above-entitled Court for an order certifying the above-entitled action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2).

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the referenced declarations and exhibits, the records and proceedings in this case, and such other evidence and argument as may be submitted at or before the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 30, 2015.

## **RELIEF SOUGHT**

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), Plaintiffs request that the Court:

1. Determine that a class action is proper as to Plaintiffs' causes of action under (1) Section 504 of the Rehabilitation Act, and (2) Title II of the Americans with Disabilities Act ("ADA"), as well as Plaintiffs' claim for declaratory and injunctive relief, in this action;

2. Certify a class defined as:

> All present and future students in Compton Unified School District with trauma-induced disabilities, as defined under Section 504 of the Rehabilitation Act and Americans with Disabilities Act, who are, will be, or have been denied meaningful access to education (the "Plaintiff Class");

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3325413

- 1 -

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

1      3. Appoint Student Plaintiffs as class representatives, and

2      4. Appoint Public Counsel and Irell & Manella LLP as class counsel.

In the alternative, Plaintiffs request that the Court reserve its ruling on the instant motion and allow for and schedule discovery to take place on class-wide issues, at the conclusion of which Plaintiffs will file a supplemental memorandum in support of the instant motion further detailing the appropriateness of class certification and ask the Court to rule at that time.

DATED: July 17, 2015

Respectfully submitted,

*[signature: Kathryn Eidmann]*

Mark D. Rosenbaum
Kathryn A. Eidmann
Lara Faer
Anne Hudson-Price
Alisa Hartz
PUBLIC COUNSEL LAW CENTER

Morgan Chu
Michael H. Strub, Jr.
IRELL & MANELLA LLP

*Attorneys for Plaintiffs and the [Proposed] Plaintiff Class*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3325413

- 2 -

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION