NOTE: CHANGES MADE BY THE COURT

Mark D. Rosenbaum (SBN 59940)
(mrosenbaum@publiccounsel.org)
Kathryn A. Eidmann (SBN 268053)
(keidmann@publiccounsel.org)
Anne Hudson-Price (SBN 295930)
(aprice@publiccounsel.org)
Alisa Hartz (SBN 285141)
(ahartz@publiccounsel.org)
PUBLIC COUNSEL LAW CENTER
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Morgan Chu (SBN 70446)
(mchu@irell.com)
Michael H. Strub, Jr. (SBN 153828)
(mstrub@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 282-5600

*Attorneys for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER P., et. al, | Case No. LA CV-15-3726 MWF (PLAx) |
| *Plaintiffs*, | |
| v. | Hon. Paul L. Abrams |
| COMPTON UNIFIED SCHOOL DISTRICT; et. al, | **ORDER** |
| *Defendants.* | |

1  Upon review of the Stipulated Protective Order, and good cause appearing
2  therefore, IT IS SO ORDERED.

3

4  Dated:  December 1, 2015    _____
5  Hon. Paul L. Abrams
   UNITED STATES MAGISTRATE JUDGE