JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-3726-MWF(PLAx)**                                    Date: **January 27, 2021**

Title:       P.P., et al. *-v-* Compton Unified School District

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Michael H. Strub, Jr.                                     David M. Huff
Sara Adina Stohl
Mark D. Rosenbaum

PROCEEDINGS:         TELEPHONIC STATUS CONFERENCE

Case called and counsel make their appearance. The Telephonic Status Conference is held.

The parties informed the Court that the Wellness Initiative within the Compton Unified School District community was successful and that the assistance of the Court is no longer required. The Court accepts the parties' voluntary dismissal of this action pursuant to Rule 41.

IT IS SO ORDERED.

(Rev. 10/1/04)

Initials of Deputy Clerk  rs
0:12